FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DION KENDALL TATE,  ) Case No. CV 09-00289 JSL (AN)
            Petitioner,  )
                             )
    v.                   ) ORDER APPROVING AND ADOPTING
                             ) REPORT AND RECOMMENDATION OF
JAMES TILTON, WARDEN,  ) UNITED STATES MAGISTRATE JUDGE
                             )
            Respondent.  )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. IT IS ORDERED that:

1. The R&R is approved and adopted.
2. Petitioner's application for appointment of counsel is denied as moot.
3. Judgment shall be entered denying the Petition and dismissing this action with prejudice because all the claims are time-barred and otherwise lack merit.
4. Any and all other motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated:   March 20, 2009

*Spencer Letts*
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE