ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DION KENDALL TATE, | Case No. CV 09-00289 JSL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES TILTON, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 20, 2009

Spencer Letts
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY